```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.* HASSAN FOREMAN,

        Plaintiff,

        v.

AECOM, AECOM GOVERNMENT SERVICES, INC., AC FIRST LLC, and AECOM GSS LTD,

        Defendants.

16 Civ. 1960 (LLS)

**UNDER SEAL**

~~[PROPOSED]~~
**UNSEALING ORDER**

LLS

    The United States of America (the "Government") has notified the Court that, on or before March 16, 2018, it will submit a Notice of Decision regarding whether it will, pursuant to the False Claims Act (the "FCA"), 31 U.S.C. § 3730(b)(4)(B), intervene or decline intervention with respect to all or some of the claims that relator Hassan Foreman asserts in his Amended Complaint in the above-captioned *qui tam* action.

    IT IS HEREBY ORDERED THAT:

    1.    The Amended *qui tam* Complaint shall be unsealed on March 16, 2018; and service of that complaint upon the defendants by relator Hassan Foreman is authorized as of that date.

    2.    Except for the relator's Amended *qui tam* Complaint, this Order, and the Notice of Decision that the Government expects to file on or before March 16, 2018, all other contents of the Court's file in this action as of the date of this Order shall remain under seal and not be made public or served upon the defendant.

    3.    Upon the unsealing of the relator's Amended *qui tam* Complaint, the seal shall be



copy to: AUSA Li Yu only
3/2/18

lifted as to all matters occurring in this action subsequent to the date of the unsealing.

4. Should the Government decline to intervene as to any or all of relator's claims in this *qui tam* action, the following conditions shall apply:

   a. Relator and defendants shall serve all pleadings and motions filed in this action, including all supporting memoranda, upon the Government; and the Government may order any transcripts of depositions.

   b. The Government may seek at any time to intervene with respect to the relator's *qui tam* claims for good cause pursuant to 31 U.S.C. § 3630(c)(3) or to seek dismissal of this action pursuant to 31 U.S.C. § 3630(e)(4).

   c. All further orders of this Court in this action shall be sent to the Government by the relator.

   d. Should the relator or defendants propose that the Amended *qui tam* Complaint or any of its allegations be dismissed, settled, or otherwise discontinued, or that any of the defendants be dismissed from the case, the moving party (or parties) must solicit the written consent from the Government before applying for Court approval.

Dated:   March 2, 2018

SO ORDERED:

*Louis L. Stanton*
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE