GEOFFREY S. BERMAN
United States Attorney
By: LI YU
    EMILY BRETZ
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2734/2777

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA *ex rel.* HASSAN
FOREMAN,

        Plaintiff,

v.

AECOM, AECOM GOVERNMENT SERVICES,
INC., AC FIRST LLC, and AECOM GSS LTD.;

        Defendants.

------------------------------------- x

16 Civ. 1960 (LLS)

~~UNDER SEAL~~   LLS
                 3/16/18

### THE GOVERNMENT'S NOTICE OF ELECTION
### TO DECLINE IN PART

Pursuant to the False Claims Act (the "FCA"), 31 U.S.C. § 3730(b)(2) and (4), plaintiff the United States of America (the "Government") hereby notifies the Court of its decision to decline in part in this *qui tam* action.

Specifically, the Government has elected to decline as to the claims based on the allegations that the *qui tam* relator sets forth in Paragraphs 31 through 81 of the Amended Complaint filed under seal on or about October 13.

Further, the Government is continuing to investigate the claims based on the allegations that the *qui tam* relator sets forth in Paragraphs 82 through 192 of relator's Amended Complaint.

Finally, the relator also asserts claims under 31 U.S.C. § 3730(h), alleging that defendants have retaliated against him in violation of the FCA. *See* Amended Complaint ¶¶ 193-207. These claims are asserted on relator's own behalf, and the Government takes no position as to those claims.

Dated: New York, New York
March 15, 2018

                                         GEOFFREY S. BERMAN
                                         United States Attorney

By: _____
        LI YU
        EMILY BRETZ
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel. (212) 637-2734/2777