

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

December 13, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/18

**By ECF**

The Honorable Louis L. Stanton
United States District Judge
500 Pearl Street, Room 2250
New York, NY 10007

Re: *U.S.* ex rel. *Foreman v. AECom* et al., 16 Civ. 1960 (LLS)

Dear Judge Stanton:

This Office represents the United States (the "Government") in the above-referenced unsealed *qui tam* action pursuant to the False Claims Act (the "FCA"), 31 U.S.C. § 3729 *et seq*. To give defendants sufficient time to respond to outstanding questions relating to an FCA claim that the Government is currently investigating, and to allow the Government time to assess the information provided by defendants, we write respectfully to request a three-week adjournment of the upcoming status conference from February 22 to March 15, 2019. Defendants and relator do not object to this request.

Briefly, and as discussed at the initial conference on November 30, the Government is continuing to investigate one of the FCA claims asserted by the *qui tam* relator and, in that connection, has been awaiting defendants' responses to certain outstanding questions, which we anticipated receiving by December 11, 2018. According to two recent calls between Government counsel and defense counsel, we now understand that defendants need approximately four weeks beyond December 11 to complete their responses.

Receiving a complete response from defendants to the outstanding questions would enhance the Government's understanding of the record. Further, having sufficient time to assess the defendants' response would aid the Government in making an informed decision regarding whether or not to intervene in part in this *qui tam* case. Accordingly, we respectfully request a three-week adjournment of the upcoming status conference so that once we have received defendants' response in early January 2019, we would have sufficient time to assess the information and to schedule discussions both internally and, as appropriate, with defendants and/or the relator.

Adj'd to 3/15/19 at 12:30 pm.

LLS 12/18/18

We thank the Court for its consideration of this adjournment request.

>Respectfully,
>
>GEOFFREY S. BERMAN
>United States Attorney
>
>By:   /s/ Li Yu
>LI YU
>EMILY BRETZ
>Assistant United States Attorneys
>86 Chambers Street, Third Floor
>New York, New York 10007
>Tel: (212) 637-2734/2777

cc:   (by ECF)
　　　Patrick Conroy, Esq.
　　　Jenna Dabbs, Esq.