USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA **ex rel.**
HASSAN FOREMAN,

                Plaintiff,

- against -

AECOM, AECOM GOVERNMENT SERVICES INC., AC FIRST LLC, and AECOM/GSS LTD.,

                Defendants.

---

16 Civ. 1960 (LLS)

**ORDER**

Relator Hassan Foreman's April 27, 2020 motion for reconsideration (Dkt. No. 89) of this Court's April 13, 2020 Opinion and Order granting defendants' motion to dismiss the third amended complaint (Dkt. No. 88) is denied.

So ordered.

Dated:    New York, New York
           May 19, 2020

                                  *Louis L. Stanton*
                                  LOUIS L. STANTON
                                      U.S.D.J.