**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**UNITED STATES OF AMERICA ex rel.**
**HASSAN FOREMAN,**

                    Plaintiff,

        -against-                              16 **CIVIL** 1960 (LLS)

                                                **JUDGMENT**

**AECOM, AECOM GOVERNMENT SERVICES**
**INC., AC FIRST LLC, and AECOM/GSS**
**LTD.,**

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 13, 2020 and Order dated May 19, 2020, Defendants' motion to dismiss the Third Amended Complaint is granted and Plaintiff's motion for reconsideration of the Court's Opinion & Order (Dkt. No. 89) dated April 13, 2020 is denied.

**Dated:**  New York, New York
           June 5, 2020

                                                                   **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                                   **BY:**
                                                                     **Deputy Clerk**