## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL. HASSAN FOREMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 16-cv-1960 (LLS) |
| AECOM; AECOM GOVERNMENT SER-VICES, INC.; AC FIRST, LLC; AECOM/GSS LTD, d/b/a GLOBAL SOURCING SOLUTIONS, INC. | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### RELATOR HASSAN FOREMAN'S NOTICE OF MOTION TO ALTER OR AMEND JUDGMENT OR, ALTERNATIVELY, FOR RELIEF FROM JUDGMENT OR ORDER UNDER FEDERAL RULES OF CIVIL PROCEDURE 59(E) AND 60(B)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Relator's Motion to Alter or Amend Judgment or, Alternatively, for Relief from Judgment or Order Under Federal Rules of Civil Procedure 59(e) and 60(b), and upon all of the prior papers and proceedings herein, Relator, by his undersigned counsel, hereby moves this Court for an Order Altering or Amending the Clerk's Judgment under Rule 59(e) or, alternatively, an Order Granting Relief from the Judgment under Rule 60(b), for permission to file the Fourth Amended Complaint, and for such further and other relief as the Court deems just and proper.

Dated: July 3, 2020                    Respectfully submitted,

                                       */s/ Patrick J. Conroy*
                                       Patrick J. Conroy
                                       Daniel F. Olejko
                                       Stephanie R. Wood
                                       BRAGALONE CONROY PC
                                       2200 Ross Ave., Suite 4500W
                                       Dallas, Texas 75201
                                       Tel: 214-785-6670
                                       Fax: 214-785-6680
                                       pconroy@bcpc-law.com
                                       dolejko@bcpc-law.com
                                       swood@bcpc-law.com

                                       *Attorneys for Relator*
                                       HASSAN FOREMAN

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2020, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 3, 2020                                         */s/ Daniel F. Olejko*
                                                                              Daniel F. Olejko