UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. HASSAN FOREMAN, <br><br> Plaintiff, <br><br> v. <br><br> AECOM; AECOM GOVERNMENT SERVICES, INC.; AC FIRST, LLC; AECOM/GSS LTD, d/b/a GLOBAL SOURCING SOLUTIONS, INC. <br><br> Defendants. | CIVIL ACTION NO. 16-cv-1960 (LLS) <br><br> JURY TRIAL DEMANDED |

**RELATOR HASSAN FOREMAN'S NOTICE MOTION TO WITHDRAW APPEARANCE OF BRIAN P. HERRMANN**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Brian P. Herrmann, dated July 26, 2022, and pursuant to Local Civil Rule 1.4, Relator Hassan Foreman respectfully requests the withdrawal of the appearance of Brian P. Herrmann as counsel on his behalf. Relator further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address of brian@nelbum.com be removed from the ECF service notification list for this case.

Counsel of record from Bragalone Olejko Saad PC and Nelson Bumgardner Conroy PC will continue to serve as counsel of record for the Relator Hassan Foreman in the above-referenced action.

Dated: July 26, 2022                                  Respectfully submitted,

                                                                                   */s/ Daniel F. Olejko*
Daniel F. Olejko
BRAGALONE OLEJKO SAAD PC
901 Main Street, Suite 3800
Dallas, Texas 75201
Tel: 214-785-6670
Fax: 214-785-6680
dolejko@bosfirm.com

*Attorneys for Relator*
HASSAN FOREMAN

*/s/ Brian P. Herrmann*
Brian P. Herrmann
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Email: bherrmann@fitcheven.com
Telephone: (312) 577-7000