ORIGINAL

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

MEMO ENDORSED

DIRECT DIAL   929.294.2540
DIRECT EMAIL  jdabbs@kaplanhecker.com

October 27, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/22

**By ECF**

The Honorable Louis L. Stanton
United States District Court
for the Southern District of New York
500 Pearl Street, Room 2250
New York, NY 10007

Re:   *United States ex rel. Foreman v. AECOM et al.*, No. 16-cv-1960 (LLS)

Dear Judge Stanton:

We write on behalf of Defendants in the above-captioned action to request an adjournment of the upcoming conference from November 18, 2022, to December 16, 2022, and a commensurate extension of the deadline for submitting a proposed Scheduling Order to December 9, 2022, one week before the requested conference date. *See* Dkt. No. 138. Counsel for Defendants will be on trial during the currently scheduled date. All parties consent to the adjournment and are available on the date identified (as is the Court, per our understanding).

This is the first request for an adjournment of these deadlines. We appreciate the Court's consideration.

at 2:30 P.M.

Granted

Louis L Stanton
10/28/22

Respectfully submitted,

/s/ Jenna M. Dabbs
Jenna M. Dabbs

Cc: Counsel of Record (by ECF)