ORIGINAL

# MEMO ENDORSED



Writer's Telephone: 214-785-6670
Writer's Email: jbragalone@bosfirm.com

September 9, 2024

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 9/13/24

**VIA FEDERAL EXPRESS**

The Honorable Louis L. Stanton
United States District Court for the Southern District of New York
500 Pearl Street, Room 2250
New York, NY 10007

Re: *United States ex rel. Foreman v. AECOM, et al.*, No. 1:16-cv-01960 (LLS) (S.D.N.Y.)

Dear Judge Stanton:

Pursuant to Paragraph 20 of the Court's Protective Order (Dkt. 63), Relator is submitting herewith unredacted copies of Relator's Letter Motion Requesting a Rule 37.2 Conference (Dkt. 192) and Exhibit B thereto. Relator seeks to seal portions of the Letter Motion that quote or paraphrase Defendants' Rule 30(b)(6) deposition transcript and Exhibit B, complete excerpts of Defendants' Rule 30(b)(6) deposition transcript. The basis for sealing these materials is set forth in Relator's Memorandum of Law in Support of Motion to File Under Seal (Dkt. 194).

In addition, Relator is enclosing courtesy copies of Relator's Letter Motion Requesting a Rule 37.2 Conference (Dkt. 192), Relator's Notice of Motion to File Under Seal (Dkt. 193), and Relator's Memorandum of Law in Support of Motion to File Under Seal (Dkt. 194).

Respectfully submitted,

Jeffrey R. Bragalone
Bragalone Olejko Saad PC
901 Main Street, Suite 3800
Dallas, Texas 75202
Tel: 214-785-6670
Fax: 214-785-6680
jbragalone@bosfirm.com

*Sealing is denied for lack of any showing of sufficient cause. Designations of confidentiality in a routine confidentiality stipulation do not qualify.* — Louis L. Stanton 9/13/24

CC: Counsel of Record (by ECF)

Enclosures: Unredacted Versions of Relator's Letter Motion Requesting Rule 37.2 Conference (Dkt. 192) and Exhibit B thereto;

Relator's Letter Motion Requesting a Rule 37.2 Conference (Dkt. 192), Relator's Notice of Motion to File Under Seal (Dkt. 193), and Relator's Memorandum of Law in Support of Motion to File Under Seal (Dkt. 194)