ORIGINAL



**BRAGALONE**
**OLEJKO**
**SAAD** PC

Writer's Telephone: 214-785-6670
Writer's Email: jbragalone@bosfirm.com

October 18, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 10/22/24

**VIA CM/ECF**

The Honorable Louis L. Stanton
United States District Court for the Southern District of New York
500 Pearl Street, Room 2250
New York, NY 10007

Re:   *United States ex rel. Foreman v. AECOM, et al.*, No. 1:16-cv-01960 (LLS) (S.D.N.Y.)

Dear Judge Stanton:

I write on behalf of Relator to request that Relator be permitted to file his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and accompanying declarations from Dan Olejko, Kellie Fedkenheuer, and Jason Boberg under seal. *See* Dkt. 201.

Relator files this motion because the foregoing documents reference documents, communications, and materials produced by Defendants that Defendants have designated as Confidential or Highly Confidential pursuant to the Protective Order. *See* Dkt. 66. Relator's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and accompanying exhibits references, displays, paraphrases, and/or quotes documents, communications, and materials produced by Defendants that Defendants have designated as Confidential or Highly Confidential. Relator takes no position on the confidentiality of the documents, communications, and materials produced by Defendants that Defendants have designated as Confidential or Highly Confidential but requests to file under seal as a precaution.

Respectfully submitted,

*Denied.*
*Louis L. Stanton*
*10/22/24*

Jeffrey R. Bragalone
Bragalone Olejko Saad PC
901 Main Street, Suite 3800
Dallas, Texas 75202
Tel: 214-785-6670
Fax: 214-785-6680
jbragalone@bosfirm.com

CC: Counsel of Record (by ECF)